Thiago Coelho, SBN 324715
thiago@wilshirelawfirm.com
**WILSHIRE LAW FIRM**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISLANDS RESTAURANTS, L.P., a Delaware Limited Partnership; and DOES 1 to 10, inclusive,<br><br>Defendants. | CASE NO.: 2:20-cv-02620-SB-E<br><br>**NOTICE OF SETTLEMENT** |

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

1    Plaintiff, Brett DeSalvo ("Plaintiff"), hereby notifies the Court that the claims

2    of Plaintiff have settled on an individual basis.  A notice of dismissal of Plaintiff's

3    individual claims in accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(i)

4    will be filed upon execution of a formal settlement agreement.  Plaintiff reserves

5    the right to reopen within thirty (30) days if a settlement is not finalized.

6

7    Dated: June 10, 2021                    Respectfully Submitted,

8

9                                           */s/ Thiago M. Coelho*
                                            _____

10                                          Thiago M. Coelho
                                            **WILSHIRE LAW FIRM**

11                                          *Attorneys for Plaintiff*

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137

# CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 10, 2021, a true and correct copy of the foregoing was electronically filed with the Clerk of the Court using the Court's CM/ECF system, which sent notification to all counsel of record, who are deemed to have consented to electronic service via the CM/ECF system.

Dated: June 10, 2021

*/s/ Thiago M. Coelho*
Thiago M. Coelho

**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, CA 90010-1137