Thiago M. Coelho, SBN 324715
thiago@wilshirelawfirm.com
Binyamin I. Manoucheri, SBN 336468
binyamin@wilshirelawfirm.com
**WILSHIRE LAW FIRM, PLC**
3055 Wilshire Blvd., 12th Floor
Los Angeles, California 90010
Telephone: (213) 381-9988
Facsimile: (213) 381-9989

*Attorneys for Plaintiff and Proposed Class*

Tyler J. Woods
twoods@fisherphillips.com
**FISHER & PHILLIPS, LLP**
2050 Main Street Suite 1000
Irvine, CA 92614
Telephone: 949-798-2117

*Attorneys for Defendant*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISLANDS RESTAURANTS, L.P., a Delaware Limited Partnership; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-02620-SB-E<br><br>CLASS ACTION<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 03/19/2020<br>Trial Date:     None Set |

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff Brett DeSalvo and Defendant Islands Restaurants stipulate and jointly request that this Court enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety and without prejudice as to the claims of absent putative class members in the above-entitled action. Each party shall bear his or its own costs, experts' fees, and attorneys' expenses.

Dated: August 3, 2021          **WILSHIRE LAW FIRM, PLC**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*

Dated: August 3, 2021          **FISHER & PHILLIPS LLP**

*/s/ Tyler J. Woods*
Tyler J. Woods, Esq.
*Attorneys for Defendant*

### SIGNATURE ATTESTATION

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

Dated: August 3, 2021          **WILSHIRE LAW FIRM**

*/s/ Thiago M. Coelho*
Thiago M. Coelho
*Attorneys for Plaintiff and Proposed Class*