FILED
CLERK, U.S. DISTRICT COURT
August 6, 2021
CENTRAL DISTRICT OF CALIFORNIA
BY: ___VPC___ DEPUTY

JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRETT DESALVO, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ISLANDS RESTAURANTS, L.P., a Delaware Limited Partnership; and DOES 1 to 10, inclusive,<br><br>Defendants. | Case No.: 2:20-CV-02620-SB-E<br><br>CLASS ACTION<br><br>Hon. Stanley Blumenfeld Jr.<br><br>**ORDER GRANTING JOINT MOTION FOR DISMISSAL WITH PREJUDICE**<br><br>Complaint Filed: 03/19/2020<br>Trial Date:      None Set |

1   IT IS HEREBY ORDERED THAT, good cause showing, Plaintiff Brett
2   DeSalvo and Defendant ISLANDS RESTAURANTS' joint request that this Court
3   enter a dismissal with prejudice as to Plaintiff's individual claims in their entirety
4   and without prejudice as to the claims of absent putative class members in the
5   above-entitled action, is GRANTED in full. Each party shall bear his or its own
6   costs, experts' fees, and attorneys' expenses. *See* Dkt. No. 49.
7   IT IS SO ORDERED.

9   Dated:_August 6, 2021

                                    _____
                                    HON. STANLEY BLUMENFELD JR.
                                    U.S. DISTRICT COURT JUDGE